UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BARRY L. DIGGS**                              CIVIL ACTION

**VERSUS**                                     NUMBER: 12-0908

**MARLIN GUSMAN, ET AL.**                      SECTION: "A"(5)

ORDER

The Court, having considered the complaint, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly, **IT IS ORDERED** that the plaintiff's suit is dismissed for failure to prosecute.

December 11, 2012

_____
UNITED STATES DISTRICT JUDGE